1  THOMAS F. CASEY III, COUNTY COUNSEL (SBN 47562)
   By: Miruni Soosaipillai, Deputy (SBN 160858)
2  By: Deborah Penny Bennett, Deputy (SBN 072282)
   Hall of Justice and Records
3  400 County Center, 6th Floor
   Redwood City, CA 94063
4  Telephone: (650) 363-1960
   Facsimile: (650) 363-4034
5  E-mail: msoosaipillai@co.sanmateo.ca.us

6  Attorneys for Defendants
   COUNTY OF SAN MATEO

**ORIGINAL FILED**
07 JUN 15 PM 3:13
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTARA WATER AND SANITARY DISTRICT<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SAN MATEO<br><br>Defendants. | Case No. C 07 03176 JF RS<br><br>**PROOF OF PERSONAL SERVICE** |

LESLIE ANN GRECH certifies and declares as follows:

I am over the age of 18 years and not a party to this action.

My business address is 969- G Edgewater Boulevard, #232, Foster City, CA 94404-3760, which is located in the county OF SAN MATEO.

On June 15, 2007, at 1:45 p.m., I served copies of Civil Cover Sheet and Notice of Removal to plaintiff's attorney, Herman H. Fitzgerald at the Law Offices of Herman H. Fitzgerald, located at 345 Lorton Avenue, Suite 302, in Burlingame, CA 94010

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 15, 2007.

_____
LESLIE ANN GRECH

Case No. C07 03176JFRS

PROOF OF PERSONAL SERVICE