THOMAS F. CASEY III, COUNTY COUNSEL (SBN 47562)
By: Miruni Soosaipillai, Deputy (SBN 160858)
By: Deborah Penny Bennett, Deputy (SBN 072282)
Hall of Justice and Records
400 County Center, 6th Floor
Redwood City, CA  94063
Telephone: (650) 363-1960
Facsimile:  (650) 363-4034
E-mail:  msoosaipillai@co.sanmateo.ca.us

Attorneys for Defendants
COUNTY OF SAN MATEO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTARA WATER AND SANITARY DISTRICT,<br><br>    Plaintiffs,<br><br>vs.<br><br>COUNTY OF SAN MATEO,<br><br>    Defendants. | Case No. C 07 03176 JF<br><br>**CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT** |

I, Annabelle Gaiser, certifies and declares as follows:

I am over the age of 18 years and not a party to this action.

My business address is 400 County Center, which is located in Redwood City, County of San Mateo in California, where the mailing described below took place.

On June 18, 2007, I deposited in the United States Mail at Redwood City, California, a copy of the Notice to Adverse Party of Removal to Federal Court dated June 18, 2007, a copy of which is attached to this Certificate.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 18, 2007.

_____
ANNABELLE GAISER

Case No. C 07 03176 JF
CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT

1 THOMAS F. CASEY III, COUNTY COUNSEL (SBN 47562)
By: Miruni Soosaipillai, Deputy (SBN 160858)
2 By: Deborah Penny Bennett, Deputy (SBN 072282)
Hall of Justice and Records
3 400 County Center, 6th Floor
Redwood City, CA 94063
4 Telephone: (650) 363-1960
Facsimile: (650) 363-4034
5
Attorneys for Defendants
6 COUNTY OF SAN MATEO



ORIGINAL FILED
JUN 15 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE


ADR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

C07 03176 JF

MONTARA WATER AND SANITARY DISTRICT    Case No.

   Plaintiffs,                            NOTICE OF REMOVAL

vs.

COUNTY OF SAN MATEO

   Defendants.

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

**PLEASE TAKE NOTICE** that defendants COUNTY OF SAN MATEO hereby remove to this Court the state court action described below.

   1.   On May 17, 2007 an action was commenced in the Superior Court of the State of California in and for the County of San Mateo, entitled MONTARA WATER AND SANITARY DISTRICT, a public body, Plaintiff, v. COUNTY OF SAN MATEO, a political subdivision of the State of California; and DOES 1 to 20, inclusive, Defendants, as case number CIV 463068.

   2.   A copy of all pleadings, process, and orders served on this removing defendant in the state court action (the "state court file") is attached hereto as **Exhibit A**.

   3.   The first date upon which defendants COUNTY OF SAN MATEO received a copy of the said complaint was May 18, 2007, when defendants were served with a copy of the said complaint and a summons from the said state court.

Case No.
NOTICE OF REMOVAL

4.      This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. §1441, and is one which may be removed to this Court by defendant pursuant to the provisions of 28 U.S.C. §1441 in that it implicates an interest of the Federal Government in real property pursuant to 28 U.S.C. § 2409a. Specifically, the Complaint proposes an eminent domain action to appropriate portions of the Half Moon Bay Municipal Airport, land in which the Federal Government has a reversionary interest pursuant to a September 26, 1947 Quitclaim Deed. Plaintiff asserts on the face of the Complaint that the proposed acquisition "would be subject to the interests of the Federal Government." (Complaint at ¶ 3.) The Federal Government, therefore, is an indispensable party to this case. A true and correct copy of the Quitclaim Deed is attached hereto as **Exhibit B**.

5.      No other defendants have been named or served at this time.

6.      The Plaintiff moved for a change of venue from the San Mateo Superior Court to the Santa Clara Superior Court pursuant to California Code of Civil Procedure §394, which provides that venue may not be in the Superior Court of the County being sued if the plaintiff is another public entity, and venue was therefore ordered changed to the Santa Clara Superior Court by order of the San Mateo Superior Court on June 12, 2007.

Dated: June 15, 2007

THOMAS F. CASEY III, COUNTY COUNSEL

By: _____
Miruni Soosaipillai, Deputy

Attorneys for Defendants
COUNTY OF SAN MATEO

L:\LITIGATE\M_CASES\MWSD v. CSM\Pleadings\Notice of RemovalMS.doc

Case No.                                   2
NOTICE OF REMOVAL