| | |
|---|---|
| 1 | HERMAN H. FITZGERALD #33131 |
| 2 | CHRISTINE C. FITZGERALD #131531<br>LAW OFFICES OF HERMAN H. FITZGERALD |
| 3 | A PROFESSIONAL CORPORATION |
| 4 | 345 Lorton Avenue, Suite 302<br>Burlingame, CA 94010 |
| 5 | Telephone: (650) 348-5195 |
| 6 | Facsimile: (650) 348-3518<br>*fitzgeraldlaw@sbcglobal.net* |
| 7 | |
| 8 | DAVID E. SCHRICKER #36534<br>LAW OFFICES OF DAVID E. SCHRICKER |
| 9 | 20370 Town Center Lane<br>Cupertino, CA 95014 |
| 10 | Phone: (408) 517-9923 |
| 11 | Facsimile: (408) 252-5906<br>*dschricker@schrickerlaw.com* |
| 12 | |
| 13 | Attorneys for Plaintiff<br>MONTARA WATER AND SANITARY DISTRICT |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| MONTARA WATER AND SANITARY DISTRICT,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SAN MATEO, a political subdivision of the State of California; and Does 1 to 20, inclusive,<br><br>Defendant.<br>/ | Case No C 07-3176 JF<br><br>**DECLARATION OF HERMAN H. FTIZGERALD IN SUPPORT OF MOTION TO REMAND REMOVED ACTION TO SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA CLARA**<br><u>Hearing</u>:<br>Date: September 7, 2007<br>Time: 9:00 a.m.<br>Dept: Courtroom 3, 5th Floor<br>(Hon. Jeremy Fogel) |

1

C 07-3176 JF
DECLARATION OF HERMAN H. FITZGERALD IN SUPPPORT OF MOTION TO REMAND
REMOVED ACTION TO SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA CLARA;

1  I, Herman H. Fitzgerald, declare as follows:

2  That I am an attorney at law duly admitted to practice before all the Courts of the State
3  of California and the United States District Court, Northern District of California and am one
4  of the attorneys for Plaintiff MONTARA WATER AND SANITARY DISTRICT (hereinafter
5  "Plaintiff") in the above-entitled matter; I have personal knowledge of the facts set forth in
6  Plaintiff's Motion to Remand Removed Action to Superior Court of California, County of
7  Santa Clara (hereinafter "the Motion"), including this Declaration all of which I believe to be
8  true, other than those matters set forth on information and belief which I verily believe to be
9  true, and if called upon, I would be competent to testify as a witness thereto.

10  Attached to Notice of Removal on file herein, as part of <u>Exhibit A</u> is a true and correct
11  copy of the Complaint In Eminent Domain filed by Plaintiff in San Mateo Superior Court,
12  State of California on May 17, 2007 in action number CIV 463068.

13  I declare under penalty of perjury and laws of the United States of America that the
14  foregoing is true and correct.

15  Dated: July 9, 2007

16                                                                                                                                 _____
HERMAN H. FITZGERALD

17

18

19

20

21

22

23

24

25

26

27

28

C 07-3176 JF
DECLARATION OF HERMAN H. FITZGERALD IN SUPPPORT OF MOTION TO REMAND
REMOVED ACTION TO SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA CLARA;

## CERTIFICATE OF SERVICE

I declare that I am employed in the County of San Mateo, California. I am over the age of eighteen years and not a party to this action. My business address is 345 Lorton Avenue, Suite 302, Burlingame, California, 94010.

On July 10, 2007, I served the within**:**

**DECLARATION OF HERMAN H. FITZGERALD IN SUPPORT OF MOTION TO REMAND REMOVED ACTION TO SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA CLARA; [proposed] ORDER**

Re:   *Montara Water and Sanitary District v. County of San Mateo*
       Northern District of California Case No. C 07-3176 JF

on the interested party in said cause as indicated below:

[ ]   **(BY PERSONAL SERVICE)** I caused a copy of said pleading(s) to be hand delivered to   the Plaintiff's attorney:

[ ]   **(BY FACSIMILE)** I caused a copy of said pleadings to be sent via facsimile transmission to the interested parties at:

[ ]   **(BY FEDERAL EXPRESS MAIL)** I caused a copy of said pleadings to be sent via Federal Express Mail to the parties listed below:

[X ]   **(BY REGULAR MAIL)** I caused a copy of said pleadings to be placed in a United States Mail depository, in a sealed envelope with postage fully prepaid, to the below listed addressees:

**Attorneys for Defendant County of San Mateo**
Miruni Soosaipillai, Deputy County Counsel
County of San Mateo
Hall of Justice and Records, 6th Flr
400 County Center
Redwood City, CA 94063-4034
*Telephone: (650) 363-4750*
*Facsimile: (650) 363-403*

3

C 07-3176 JF
DECLARATION OF HERMAN H. FITZGERALD IN SUPPPORT OF MOTION TO REMAND
REMOVED ACTION TO SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA CLARA;

1  [ ]   (STATE) I declare under penalty of perjury under the laws of the State of California that the forgoing is true and correct.

2  [**X**]   (FEDERAL) I declare that I am employed in the office of a member of the Bar
3  of this Court at whose direction the service was made.

4

5  Dated: July 10, 2007

   SUSAN E. HUGHES

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

4

C 07-3176 JF
DECLARATION OF HERMAN H. FITZGERALD IN SUPPPORT OF MOTION TO REMAND REMOVED ACTION TO SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA CLARA;