1  HERMAN H. FITZGERALD #33131
   CHRISTINE C. FITZGERALD #131531
2  LAW OFFICES OF HERMAN H. FITZGERALD
3  A PROFESSIONAL CORPORATION
   345 Lorton Avenue, Suite 302
4  Burlingame, CA 94010
5  Telephone: (650) 348-5195
   Facsimile:  (650) 348-3518
6  *fitzgeraldlaw@sbcglobal.net*

7
   DAVID E. SCHRICKER #36534
8  LAW OFFICES OF DAVID E. SCHRICKER
9  20370 Town Center Lane
   Cupertino, CA 95014
10 Phone: (408) 517-9923
   Facsimile: (408) 252-5906
11 *dschricker@schrickerlaw.com*

12
   Attorneys for Plaintiff
13 MONTARA WATER AND SANITARY DISTRICT

14

15             UNITED STATES DISTRICT COURT

16     NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

17

| | |
|---|---|
| 18 MONTARA WATER AND SANITARY DISTRICT, | Case No C 07-3176 JF |
| 19            Plaintiff, | **[proposed] ORDER GRANTING REMAND OF REMOVED ACTION TO SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA CLARA** |
| 20 | |
| 21            v. | |
| 22 | Hearing: |
| 23 COUNTY OF SAN MATEO, a political subdivision of the State of California; and Does 1 | Date:  September 7, 2007 |
| 24 to 20, inclusive, | Time:  9:00 a.m. |
| 25           Defendant. | Dept:  Courtroom 3, 5th Floor (Hon. Jeremy Fogel) |

26
27 /
28

                                1

C 07-3176 JF
ORDER GRANTING REMAND REMOVED ACTION TO SUPERIOR COURT OF CALIFORNIA,
COUNTY OF SANTA CLARA

The motion of Plaintiff MONTARA WATER AND SANITARY DISTRICT for

Remand of Removed Action to Superior Court of California, County of Santa Clara came on

regularly for hearing on September 7, 2007 in the above-entitled court, the Honorable Jeremy

Fogel presiding.  Plaintiff appeared by and through Herman H. Fitzgerald, and Defendant

appeared by and through the offices of Thomas F. Casey, II, County Counsel.

Upon proof made to the satisfaction of the court, and the court having read the moving

and opposing papers, listened to oral argument, and good cause appearing therefore,

IT IS HEREBY ORDERED that Plaintiff's Motion is granted and Case No. C07-31776

JF is ordered remanded to the Superior Court of California, County of Santa Clara.

Dated: _____


_____
JUDGE OF THE FEDERAL DISTRICT COURT

C 07-3176 JF
ORDER GRANTING REMAND REMOVED ACTION TO SUPERIOR COURT OF CALIFORNIA,
COUNTY OF SANTA CLARA