HERMAN H. FITZGERALD #33131
CHRISTINE C. FITZGERALD #131531
LAW OFFICES OF HERMAN H. FITZGERALD
A PROFESSIONAL CORPORATION
345 Lorton Avenue, Suite 302
Burlingame, CA 94010
Telephone: (650) 348-5195
Facsimile:  (650) 348-3518
*fitzgeraldlaw@sbcglobal.net*

DAVID E. SCHRICKER #36534
LAW OFFICES OF DAVID E. SCHRICKER
20370 Town Center Lane
Cupertino, CA 95014
Phone: (408) 517-9923
Facsimile: (408) 252-5906
*dschricker@schrickerlaw.com*

Attorneys for Plaintiff
MONTARA WATER AND SANITARY DISTRICT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| MONTARA WATER AND SANITARY DISTRICT,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SAN MATEO, a political subdivision of the State of California; and Does 1 to 20, inclusive,<br><br>Defendant. | Case No C 07-3176 JF<br><br>**DECLARATION OF GEORGE IRVING IN SUPPORT OF PLAINTIFF'S OPPOSITION TO MOTION FOR JOINDER OF NECESSARY PARTY (UNITED STATES OF AMERICA) AS DEFENDANT**<br>  Hearing:<br>Date: September 7, 2007<br>Time: 9:00 a.m.<br>Dept: Courtroom 3, 5th Floor<br>   (Hon. Jeremy Fogel) |

1

C 07-3176 JF
**DECLARATION OF GEORGE IRVING IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT COUNTY OF SAN MATEO'S MOTION FOR JOINDER OF NECESSARY PARTY (UNITED STATES OF AMERICA) AS DEFENDANT**

I, GEORGE IRVING, declare that:

I am the District Manager for the MONTARA WATER AND SANITARY DISTRICT, in the community of Montara, County of San Mateo, State of California; I have personal knowledge of the facts set forth this Declaration all of which I believe to be true, other than those matters set forth on information and belief which I verily believe to be true, and if called upon, I would be competent to testify as a witness thereto;

Based upon my review of government documents, together with personal knowledge the following is the history of the airport water system:

On June 9, 1943 fee simple title to real estate was acquired by Declaration of Taking in the U.S. District Court, Southern division, in certain condemnation proceedings which was part of the Anti-Aircraft Training Center held by the U. S. Army Engineer and included the water supply for the Training Center located on the "Half Moon Bay Flight Strip";

In 1943 and 1944 two wells were drilled and brought into production at the airport, along with the steel pipeline to transmit the water, to serve the Anti-Aircraft Training Center near Pt Montara Lighthouse;

In 1947 the U.S. Navy and the War Assets Administration declared this property surplus; this included two (2) wells, pumps and motors and approximately 12,560 feet of 8" steel water pipeline which transmitted the water from the wells to the water tank near Pt Montara Lighthouse.

2

C 07-3176 JF
**DECLARATION OF GEORGE IRVING IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT COUNTY OF SAN MATEO'S MOTION FOR JOINDER OF NECESSARY PARTY (UNITED STATES OF AMERICA) AS DEFENDANT**

In 1948 the County of San Mateo accepted a quit claim deed for airport property (217 acres) from the War Assets Administration under the Surplus Property Act of 1944 but excluded the easement for the water pipeline;

In October 1948 the Montara School District, an elementary school district, accepted from the War Assets Administration a quit claim deed for the water system including the two airport wells and the steel pipeline under the Reorganization Plan One of 1947 and the Surplus Property Act of 1947 and the WAA Regulation No. 1 as amended;

In 1949 Montara School District entered into agreement with the Public Utilities Corporation ("the Corporation") to operate and maintain the water system at no cost as long as water was provided free of charge to the school district and to the County for fire fighting needs at the airport (including up to four fire hydrants); the Corporation had the right to sell the rest of the water "free and clear";

In 1958 the Montara School District conveyed the water system including the airport wells and water line to Citizens Utilities Company of California for payment of $6,200 and certain other assurances;

In 1964 a Revocable Encroachment Permit was entered into between the County of San Mateo and Citizens Utilities of California;

In 1980 a new Revocable Encroachment Permit between the County and Citizens was entered into setting rates for the use of airport property;

In 1987 Airport Well No. 3, the third airport well, was drilled and put into service by Citizens Utilities of California;

3

C 07-3176 JF
**DECLARATION OF GEORGE IRVING IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT COUNTY OF SAN MATEO'S MOTION FOR JOINDER OF NECESSARY PARTY (UNITED STATES OF AMERICA) AS DEFENDANT**

In 2002 Citizens Utilities Company sold all of its assets, including the Montara water system, to American Water Company; the California assets were operated by California-American Water Company;

In 2003 American Water Company sold all of its assets, including the Montara system, to RWE of Germany;

On August 1, 2003 the Montara Water and Sanitary District took title to the Montara water system by condemnation action against RWE.

I declare under penalty of perjury and laws of the United States of America that the foregoing is true and correct.

Executed at Montara, California this ___ day of _____, 2007.

_____
GEORGE IRVING
Declarant

Dec.George Irving

4

C 07-3176 JF
**DECLARATION OF GEORGE IRVING IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT COUNTY OF SAN MATEO'S MOTION FOR JOINDER OF NECESSARY PARTY (UNITED STATES OF AMERICA) AS DEFENDANT**

# CERTIFICATE OF SERVICE

I declare that I am employed in the County of San Mateo, California. I am over the age of eighteen years and not a party to this action. My business address is 345 Lorton Avenue, Suite 302, Burlingame, California, 94010.

On July 10, 2007, I served the within**:**

**DECLARATION OF GEORGE IRVING IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT COUNTY OF SAN MATEO'S MOTION FOR JOINDER OF NECESSARY PARTY (UNITED STATES OF AMERICA) AS DEFENDANT**

Re: *Montara Water and Sanitary District v. County of San Mateo*
Northern District of California Case No. C 07-3176 JF

on the interested party in said cause as indicated below:

[ ] **(BY PERSONAL SERVICE)** I caused a copy of said pleading(s) to be hand delivered to the Plaintiff's attorney:

[ ] **(BY FACSIMILE)** I caused a copy of said pleadings to be sent via facsimile transmission to the interested parties at:

[ ] **(BY FEDERAL EXPRESS MAIL)** I caused a copy of said pleadings to be sent via Federal Express Mail to the parties listed below:

[X] **(BY REGULAR MAIL)** I caused a copy of said pleadings to be placed in a United States Mail depository, in a sealed envelope with postage fully prepaid, to the below listed addressees:

**Attorneys for Defendant County of San Mateo**
Miruni Soosaipillai, Deputy County Counsel
County of San Mateo
Hall of Justice and Records, 6th Flr
400 County Center
Redwood City, CA 94063-4034
*Telephone: (650) 363-4750*

5

C 07-3176 JF
DECLARATION OF GEORGE IRVING IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT COUNTY OF SAN MATEO'S MOTION FOR JOINDER OF NECESSARY PARTY (UNITED STATES OF AMERICA) AS DEFENDANT

1  [ ]  (STATE) I declare under penalty of perjury under the laws of the State of California that the forgoing is true and correct.

3  [X]  (FEDERAL) I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Dated: July 10, 2007

                          SUSAN E. HUGHES

C 07-3176 JF
**DECLARATION OF GEORGE IRVING IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT COUNTY OF SAN MATEO'S MOTION FOR JOINDER OF NECESSARY PARTY (UNITED STATES OF AMERICA) AS DEFENDANT**