water "free and clear";

In 1958 the Montara School District conveyed the water system including the airport wells and water line to Citizens Utilities Company of California for payment of $6,200 and certain other assurances;

In 1964 a Revocable Encroachment Permit was entered into between the County of San Mateo and Citizens Utilities of California;

In 1980 a new Revocable Encroachment Permit between the County and Citizens was entered into setting rates for the use of airport property;

In 1987 Airport Well No. 3, the third airport well, was drilled and put into service by Citizens Utilities of California;

In 2002 Citizens Utilities Company sold all of its assets, including the Montara water system, to American Water Company; the California assets were operated by California-American Water Company;

In 2003 American Water Company sold all of its assets, including the Montara system, to RWE of Germany;

On August 1, 2003 the Montara Water and Sanitary District took title to the Montara water system by condemnation action against RWE.

I declare under penalty of perjury and laws of the United States of America that the foregoing is true and correct.

Executed at Montara, California this 3rd day of July, 2007.

GEORGE IRVING
Declarant

Dec.George Irving