\*\*E-filed 7/12/07\*\*

HERMAN H. FITZGERALD, #33131
CHRISTINE C. FITZGERALD
LAW OFFICES OF HERMAN H. FITZGERALD
A Professional Corporation
345 Lorton Avenue, Suite 302
Burlingame, CA 94010
Telephone: (650) 348-5195
Facsimile: (650) 348-3518
fitzgeraldlaw@sbcglobal.net

DAVID E. SCHRICKER, #36534
LAW OFFICES OF DAVID E. SCHRICKER
20370 Town Center Lane
Cupertino, CA 95014
Phone:     (408) 517-9923
Facsimile: (408) 252-5906
dschricker@schrickerlaw.com

Attorneys For Plaintiff
MONTARA WATER AND SANITARY DISTRICT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTARA WATER AND SANITARY DISTRICT, a public agency,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SAN MATEO, a political subdivision of the State of California; and Does 1 to 20, inclusive,<br><br>Defendants. | No. C 07-3176 JF<br><br>**STIPULATION AND ORDER FOR CONTINUANCE OF DEFENDANT COUNTY OF SAN MATEO'S MOTION FOR JOINDER OF NECESSARY PARTY (UNITED STATES OF AMERICA) AS DEFENDANT**<br><br>Hearing:<br><br>Date: July 27, 2007<br>Time: 9:00 a.m.<br>Dept: Courtroom 3, 5th Floor<br><br>(Hon. Jeremy Fogel) |

**IT IS HEREBY STIPULATED** by and between Plaintiff MONTARA WATER AND SANITARY DISTRICT ("Plaintiff") and Defendant COUNTY OF SAN MATEO that Defendant

C 07-3176 JF
STIPULATION AND ORDER FOR CONTINUANCE OF DEFENDANT COUNTY OF SAN MATEO'S
MOTION FOR JOINDER OF NECESSARY PARTY (USA) AS DEFENDANT

1  County of San Mateo's Motion For Joiner Of Necessary Party (United States of America) As
2  Defendant, presently set for hearing on July 27, 2007, may be continued to September 7, 2007, at
3  the same time and in the same department.
4  Dated: June 28, 2007                           Dated: July 5, 2007
5  LAW OFFICES OF HERMAN H.                      THOMAS F. CASEY III, COUNTY
6  FITZGERALD, P.C.                              COUNSEL
7
8  By _____                  By _____
   HERMAN H. FITZGERALD                          MIRUNI SOOSAIPILLAI, Deputy
9  Attorneys for Plaintiff MONTARA               Attorney for COUNTY OF SAN MATEO
   WATER AND SANITARY DISTRICT
10
11                                  **ORDER**
12  IT IS HEREBY ORDERED

That Defendant County of San Mateo's Motion For Joiner Of Necessary Party (United
States of America) As Defendant presently set for July 27, 2007, at 9:00 a.m. in Courtroom 3, 5th
Floor, the Honorable Jeremy Fogel presiding is continued to September 7, 2007, at the same time in
the same department.

Dated: 7/12/07

_____
HONORABLE JEREMY FOGEL
UNITED STATES DISTRICT COURT

Stip/Order Continuance

C 07-3176 JF                                2
STIPULATION AND ORDER FOR CONTINUANCE OF DEFENDANT COUNTY OF SAN MATEO'S
MOTION FOR JOINER OF NECESSARY PARTY (USA) AS DEFENDANT

**PROOF OF SERVICE**

I do hereby declare that I am a citizen of the United States employed in the County of San Mateo, over 18 years old and that my business address is 400 County Center, Redwood City, California. I am not a party to the within action.

On July 5, 2007, I served the following document(s):

**STIPULATION AND ORDER FOR CONTINUANCE OF DEFENDANT COUNTY OF SAN MATEO'S MOTION FOR JOINDER OF NECESSARY PARTY (UNITED STATES OF AMERICA) AS DEFENDANT**

on all other parties to this action by placing a true copy of said document(s) in a sealed envelope in the following manner:

[X] (BY U.S. MAIL) by placing a true copy of said document(s) in a sealed envelope(s) addressed as shown below for collection and mailing at Redwood City, California following our ordinary business practices. I am readily familiar with this office's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

[ ] (BY FEDERAL EXPRESS) by placing a true copy of said document(s) in a sealed envelope(s) addressed as shown below for collection and delivery by Federal Express with delivery fees paid or provided for in accordance with this office's practice. I am readily familiar with this office's practice for processing correspondence for delivery the following day by Federal Express.

[ ] (BY FACSIMILE TRANSMISSION) by telefaxing a true copy of said document(s) at ___, __ m. on the date stated above to the addressee(s) and number(s) shown below. A transmission report was properly issued by the transmitting facsimile machine and is attached hereto. The transmission was reported as completed and without error.

[ ] (BY PERSONAL SERVICE) I caused such envelope(s) to be hand-delivered to the addressee(s) shown below. A proof of service signed by the authorized courier will be filed forthwith.

[X] (FEDERAL) I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

/s/
ANNABELLE GAISER

Montara Water and Sanitary District v. County of San Mateo, et al.,
United States District Court, Northern District of California, San Jose
Case No. C 07-3176 JF

**NAME AND ADDRESS OF EACH PERSON TO WHOM SERVICE WAS MADE**

Please see attached service list.

**SERVICE LIST**

Christine C. Fitzgerald,
345 Lorton Avenue Suite #302
Burlingame, CA 94010

ATTORNEY FOR PLAINTIFF:
*Montara Water and Sanitary District,*

PROOF OF SERVICE