THOMAS F. CASEY III, COUNTY COUNSEL (SBN 47562)
By: Miruni Soosaipillai, Deputy (SBN 160858)
By: Deborah Penny Bennett, Deputy (SBN 072282)
Hall of Justice and Records
400 County Center, 6th Floor
Redwood City, CA 94063
Telephone: (650) 363-1960
Facsimile: (650) 363-4034
E-mail: msoosaipillai@co.sanmateo.ca.us

Attorneys for Defendants
COUNTY OF SAN MATEO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTARA WATER AND SANITARY DISTRICT,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SAN MATEO, et al.,<br><br>Defendants. | Case No. C 07-3176 JF<br><br>**[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION TO REMAND REMOVED ACTION TO SUPERIOR COURT**<br><br>Hearing:<br>Date:   September 7, 2007<br>Time:   9:00 a.m.<br>Dept:   Courtroom 3, 5th Floor<br><br>(Hon. Jeremy Fogel) |

Plaintiff MONTARA WATER AND SANITARY DISTRICT'S Motion to Remand Removed Action to Superior Court of California, County of Santa Clara, came on regularly for hearing on September 7, 2007 before the Honorable Jeremy Fogel in Courtroom 3 of this court. All parties appeared through their counsel of record. The papers and records of this action have been considered and the arguments of counsel heard.

Good cause appearing therefor, it is hereby ordered that plaintiff's motion is denied on the

//

//

//

Case No. C 07-3176 JF
[PROPOSED] ORDER FOR JOINDER OF NECESSARY PARTY (UNITED STATES OF AMERICA) AS DEFENDANT

1 | grounds that this court has original jurisdiction over the matters pled in the complaint.

2 |     IT IS SO ORDERED.

3

4 | Dated: _____

5

6 |           HONORABLE JEREMY FOGEL
  |         UNITED STATES DISTRICT COURT

7

8

...

28

Case No. C 07-3176 JF      2
[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION TO REMAND REMOVED ACTION TO SUPERIOR COURT