HERMAN H. FITZGERALD, #33131
CHRISTINE C. FITZGERALD
LAW OFFICES OF HERMAN H. FITZGERALD
A Professional Corporation
345 Lorton Avenue, Suite 302
Burlingame, CA 94010
Telephone: (650) 348-5195
Facsimile:  (650) 348-3518
*fitzgeraldlaw@sbcglobal.net*

DAVID E. SCHRICKER, #36534
LAW OFFICES OF DAVID E. SCHRICKER
20370 Town Center Lane
Cupertino, CA 95014
Phone:     (408) 517-9923                    ***Exempt From Filing Fees Pursuant***
Facsimile: (408) 252-5906                    ***To Government Code section 6310***
*dschricker@schrickerlaw.com*

Attorneys For Plaintiff
MONTARA WATER AND SANITARY DISTRICT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MONTARA WATER AND SANITARY DISTRICT, a public agency, | ) ) ) | No. C 07-3176 JF |
| Plaintiff, | ) ) ) | **JOINT STIPULATION, DECLARATION AND PROPOSED ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |
| v. | ) ) | |
| COUNTY OF SAN MATEO, a political subdivision of the State of California; and Does 1 to 20, inclusive, | ) ) ) ) | CMC Hearing:<br><br>Date:  September 14, 2007<br>Time:  10:30 a.m. |
| Defendants. | ) ) | Dept:  Courtroom 3, 5th Floor |
| _____ | ) ) ) ) | (Hon. Jeremy Fogel) |

1    IT IS HEREBY STIPULATED by and between Plaintiff MONTARA WATER AND

2    SANITARY DISTRICT ("Plaintiff") and Defendant COUNTY OF SAN MATEO ("Defendant")

3    that the initial *Case Management Conference*, presently set for September 14, may be continued to

4    September 28, 2007, at the same time and in the same department; it is further stipulated that the

5

6    *Case Management Statement*, including the initial disclosure requirements of Fed. R. Civ. P. 26,

7    presently due to be filed September 7, 2007, is due to be filed on September 21, 2007.

8    Dated: _____, 2007            LAW OFFICES OF HERMAN H. FITZGERALD

9

10

11   By _____

     HERMAN H.. FITZGERALD
12   Attorneys for Plaintiff MONTARA
     WATER AND SANITARY DISTRICT

13   Dated: _____, 2007            THOMAS F. CASEY III, COUNTY COUNSEL

14

15

16   By _____

     MIRUNI SOOSAIPILLAI, Deputy
17   Attorney for Defendant COUNTY OF SAN
     MATEO

18

19                    **DECLARATION OF HERMAN H. FITZGERALD**

20       I, Herman H. Fitzgerald, declare as follows:

21       That I am an attorney at law duly admitted to practice before all the Courts of the State of

22   California and the United States District Court, Northern District of California and am one of the

23   attorneys for Plaintiff MONTARA WATER AND SANITARY DISTRICT in the above-entitled

24   matter; I have personal knowledge of the facts set forth herein, including this Declaration, all of

25

26   which I believe to be true, and if called upon, I would be competent to testify as a witness thereto.

27

28

C 07-3176 JF                           2

That I will be out of state from September 7 through September 15 and, after conferring with Miruni Soosaipillai, counsel for Defendant County of San Mateo, we agreed that September 28 was a mutually convenient date to re-set the Case Management Conference and, further, I have obtained Ms. Soosaipillai's consent to the signing of this Stipulation; I also confirmed with Diana, deputy clerk to the Honorable Judge Jeremy Vogel, that the September 28 date was available to the Court. Since a continuance of two (2) weeks is a relatively short period of time, it would likely not have an effect on the schedule for the case.

I declare under penalty of perjury and laws of the United States of America that the foregoing is true and correct.

Executed at Burlingame, California this 31st day of August, 2007.

_____
HERMAN H. FITZGERALD

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:_____

_____
HONORABLE JEREMY FOGEL
UNITED STATES DISTRICT COURT

stip.cont.cmc.doc

C 07-3176 JF                    3

JOINT STIPULATION, DECLARATION, PROPOSED ORDER CONTINUING CASE MANAGEMENT