HERMAN H. FITZGERALD, #33131
CHRISTINE C. FITZGERALD
LAW OFFICES OF HERMAN H. FITZGERALD
A Professional Corporation
345 Lorton Avenue, Suite 302
Burlingame, CA 94010
Telephone: (650) 348-5195
Facsimile:  (650) 348-3518
*fitzgeraldlaw@sbcglobal.net*

DAVID E. SCHRICKER, #36534
LAW OFFICES OF DAVID E. SCHRICKER
20370 Town Center Lane
Cupertino, CA 95014
Phone:     (408) 517-9923          ***Exempt From Filing Fees Pursuant***
Facsimile: (408) 252-5906          ***To Government Code section 6310***
*dschricker@schrickerlaw.com*

Attorneys For Plaintiff
MONTARA WATER AND SANITARY DISTRICT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MONTARA WATER AND SANITARY DISTRICT, a public agency, | ) ) ) | No. C 07-3176 JF |
| | ) | **JOINT STIPULATION, DECLARATION** |
| Plaintiff, | ) | **AND PROPOSED ORDER CONTINUING** |
| | ) | **INITIAL CASE MANAGEMENT** |
| v. | ) | **CONFERENCE** |
| | ) | |
| COUNTY OF SAN MATEO, a political | ) | CMC Hearing: |
| subdivision of the State of California; and | ) | |
| Does 1 to 20, inclusive, | ) | Date:  September 14, 2007 |
| | ) | Time:  10:30 a.m. |
| Defendants. | ) | Dept:  Courtroom 3, 5th Floor |
| | ) | |
| _____ | ) | (Hon. Jeremy Fogel) |
| | ) | |
| | ) | |

1  IT IS HEREBY STIPULATED by and between Plaintiff MONTARA WATER AND

2  SANITARY DISTRICT ("Plaintiff") and Defendant COUNTY OF SAN MATEO ("Defendant")

3  that the initial *Case Management Conference*, presently set for September 14, may be continued to

4  September 28, 2007, at the same time and in the same department; it is further stipulated that the

5  
6  *Case Management Statement*, including the initial disclosure requirements of Fed. R. Civ. P. 26,

7  presently due to be filed September 7, 2007, is due to be filed on September 21, 2007.

8  Dated: _____, 2007          LAW OFFICES OF HERMAN H. FITZGERALD

9

10                                        By _____

11                                            HERMAN H.. FITZGERALD
                                             Attorneys for Plaintiff MONTARA
12                                           WATER AND SANITARY DISTRICT

13  Dated: _____, 2007          THOMAS F. CASEY III, COUNTY COUNSEL

14

15                                        By _____

16                                            MIRUNI SOOSAIPILLAI, Deputy
                                             Attorney for Defendant COUNTY OF SAN
17                                           MATEO

18

19          **DECLARATION OF HERMAN H. FITZGERALD**

20  I, Herman H. Fitzgerald, declare as follows:

21  That I am an attorney at law duly admitted to practice before all the Courts of the State of

22  California and the United States District Court, Northern District of California and am one of the

23  
24  attorneys for Plaintiff MONTARA WATER AND SANITARY DISTRICT in the above-entitled

25  matter; I have personal knowledge of the facts set forth herein, including this Declaration, all of

26  which I believe to be true, and if called upon, I would be competent to testify as a witness thereto.

27

28

C 07-3176 JF                          2

1  That I will be out of state from September 7 through September 15 and, after conferring with

2  Miruni Soosaipillai, counsel for Defendant County of San Mateo, we agreed that September 28 was

3  a mutually convenient date to re-set the Case Management Conference and, further, I have obtained

4  Ms. Soosaipillai's consent to the signing of this Stipulation; I also confirmed with Diana, deputy

5

6  clerk to the Honorable Judge Jeremy Vogel, that the September 28 date was available to the Court.

7  Since a continuance of two (2) weeks is a relatively short period of time, it would likely not have an

8  effect on the schedule for the case.

9  I declare under penalty of perjury and laws of the United States of America that the foregoing

10  is true and correct.

11  Executed at Burlingame, California this 31st day of August, 2007.

12

13  _____

14  HERMAN H. FITZGERALD

15  **ORDER**

16  PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:_____
       9/5/07

17

18  _____

19  HONORABLE JEREMY FOGEL
    UNITED STATES DISTRICT COURT

20

21  stip.cont.cmc.doc

22

23

24

25

26

27

28

C 07-3176 JF

JOINT STIPULATION, DECLARATION, PROPOSED ORDER CONTINUING CASE MANAGEMENT