UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5ᵀᴴ FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Law and Motion Hearing, September 7, 2007
**Case Number:** CV-07-3176-JF/RS

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Raynee Mercado

---

TITLE:          **MONTARA WATER AND SANITARY DISTRICT V. COUNTY OF SAN MATEO**

                     **PLAINTIFF**                                    **DEFENDANT**

**Attorneys Present:** Herman Fitzgerald, David Schricker     **Attorneys Present:** Miruni Soosaipillai
Christine Fitzgerald

PROCEEDINGS:

   Hearing on Motion to Remand and Motion for Joinder held.  Parties are present.
The motions are taken under submission.