HERMAN H. FITZGERALD, #33131
CHRISTINE C. FITZGERALD, #131531
LAW OFFICES OF HERMAN H. FITZGERALD
A Professional Corporation
345 Lorton Avenue, Suite 302
Burlingame, CA 94010
Telephone: (650) 348-5195
Facsimile:  (650) 348-3518
*fitzgeraldlaw@sbcglobal.net*

DAVID E. SCHRICKER, #36534
LAW OFFICES OF DAVID E. SCHRICKER
20370 Town Center Lane
Cupertino, CA 95014
Phone:     (408) 517-9923
Facsimile: (408) 252-5906
*dschricker@schrickerlaw.com*

Attorneys For Plaintiff
MONTARA WATER AND SANITARY DISTRICT

*Exempt From Filing Fees Pursuant To Government Code section 6310*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTARA WATER AND SANITARY DISTRICT, a public agency,<br><br>　　　　Plaintiff,<br><br>v.<br><br>COUNTY OF SAN MATEO, a political subdivision of the State of California; and Does 1 to 20, inclusive,<br><br>　　　　Defendants.<br>_____ | No. C 07-3176 JF<br><br>**JOINT STIPULATION, DECLARATION AND PROPOSED ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE**<br><br>　　CMC Hearing:<br><br>Date:  September 28, 2007<br>Time:  10:30 a.m.<br>Dept:  Courtroom 3, 5th Floor<br><br>　　　　(Hon. Jeremy Fogel) |

C 07-3176 JF                                   1

JOINT STIPULATION, DECLARATION, PROPOSED ORDER CONTINUING CASE MANAGEMENT

IT IS HEREBY STIPULATED by and between Plaintiff MONTARA WATER AND SANITARY DISTRICT ("Plaintiff") and Defendant COUNTY OF SAN MATEO ("Defendant") that the initial *Case Management Conference*, presently set for September 28, 2007, may be continued to November 9, 2007, at the same time and in the same department; it is further stipulated that the *Case Management Statement*, including the initial disclosure requirements of Fed. R. Civ. P. 26, presently due to be filed September 21, 2007, is due to be filed on November 2, 2007.

Dated: _____, 2007    LAW OFFICES OF HERMAN H. FITZGERALD


By _____
    HERMAN H.. FITZGERALD
    Attorneys for Plaintiff MONTARA
    WATER AND SANITARY DISTRICT

Dated: _____, 2007    MICHAEL P. MURPHY, COUNTY COUNSEL


By _____
    MIRUNI SOOSAIPILLAI, Deputy
    Attorney for Defendant COUNTY OF SAN
    MATEO

### DECLARATION OF HERMAN H. FITZGERALD

I, Herman H. Fitzgerald, declare as follows:

That I am an attorney at law duly admitted to practice before all the Courts of the State of California and the United States District Court, Northern District of California and am one of the attorneys for Plaintiff MONTARA WATER AND SANITARY DISTRICT in the above-entitled matter; I have personal knowledge of the facts set forth herein, including this Declaration, all of which I believe to be true, and if called upon, I would be competent to testify as a witness thereto.

1  That the parties are awaiting this Court's decision on *Plaintiff's Motion to Remand* the case to state court which was heard by the Court on September 7, 2007 and taken under submission; consequently, and after conferring with Miruni Soosaipillai, counsel for Defendant County of San Mateo, the parties agree that since it has not yet been determined whether the case will indeed remain in federal court, it would be in the interest of judicial economy to continue the Case Management Conference until a final determination is made in an effort to avoid unnecessary time and expense. The parties further agree that November 9 is a mutually convenient date to re-set the Case Management Conference and I have obtained Ms. Soosaipillai's consent to the signing of this Stipulation.

I declare under penalty of perjury and laws of the United States of America that the foregoing is true and correct.

Executed at Burlingame, California this 24st day of September, 2007.

_____
HERMAN H. FITZGERALD

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:_____

_____
HONORABLE JEREMY FOGEL
UNITED STATES DISTRICT COURT

stip.cont.cmc2.doc