MICHAEL P. MURPHY, COUNTY COUNSEL (SBN 083887)
David A. Levy, Deputy (SBN 077181)
Glenn M. Levy, Deputy (SBN 219029)
Hall of Justice and Records
400 County Center, 6th Floor
Redwood City, CA  94063
Telephone: (650) 363-1965
Facsimile:  (650) 363-4034
E-mail:  dlevy@co.sanmateo.ca.us; glevy@co.sanmateo.ca.us

Attorneys for Defendant
COUNTY OF SAN MATEO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTARA WATER AND SANITARY DISTRICT,<br><br>        Plaintiff,<br><br>    vs.<br><br>COUNTY OF SAN MATEO, a political subdivision of the State of California; and Does 1 to 20, inclusive,<br><br>        Defendants. | Case No. 5:07-cv-03176-JF |
| MONTARA WATER AND SANITARY DISTRICT,<br><br>        Plaintiff,<br><br>    vs.<br><br>COUNTY OF SAN MATEO, a political subdivision of the State of California; and Does 1 to 20, inclusive,<br><br>        Defendants. | Case No. 3:08-cv-02814-BZ<br><br>**NOTICE OF NON-OPPOSITION TO INTERVENOR UNITED STATES OF AMERICA'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>Date:  n/a<br>Time:  n/a |
| THE UNITED STATES OF AMERICA,<br><br>        Intervenor. | |

**NOTICE OF NON-OPPOSITION**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Notice is hereby given that Defendant County of San Mateo (the "County") does not oppose the administrative motion filed by Intervenor United States of America (the "United States") on June 13, 2008, to relate the pending action (Case No. 3:08-cv-02814-BZ) to the previous action involving substantially the same issues and the same plaintiff and defendant (Case No. 5:07-cv-03176-JF).

As both the United States and Plaintiff Montara Water and Sanitary District ("MWSD") have noted in their papers, the present action arises out of the same dispute as the case that was previously removed to the United States District Court by the County. In light of the Honorable Jeremy Fogel's experience with the facts of this case from the earlier removal to Federal Court, the County agrees that Judge Fogel would be well-suited for addressing the present action. Accordingly, the County has no opposition to the motion filed by the United States.

Dated: June 17, 2008

Respectfully submitted,

MICHAEL P. MURPHY, COUNTY COUNSEL
  David A. Levy, Deputy
  Glenn M. Levy, Deputy

By: _____/s/_____
     Glenn M. Levy, Deputy

Attorneys for Defendant
COUNTY OF SAN MATEO